CALDOR, INC., ET AL. *v.* K-MART ENTERPRISES OF CONNECTICUT, INC., ET AL.

The "Motion to Dismiss Supreme Court Proceeding" dated December 29, 1976, by the defendants Two Guys-Conn., Inc., and Vornado, Inc., is dismissed.

*John Rose, Jr.,* and *Thomas A. Rouse,* in support of the motion.

Submitted December 30, 1976—decided February 1, 1977

NORWALK BOARD OF EDUCATION *v.* TOWN OF NORWALK ET AL.

The motion by both parties to expedite proceedings for the presentation to this court of the Superior Court's reservation of certain questions is denied.

*Jules Lang* and *Robert G. Zanesky,* corporation counsel, in support of the motion.

Submitted January 17—decided February 1, 1977